FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 06 2019

JAMES W. McCORMACK, CLERK
By: _____, DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  4:19CR 00613 JM |
| vs. | ) | |
| | ) | 18 U.S.C. § 875(c) |
| JAMES POWELL | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about September 23, 2019, in the Eastern District of Arkansas, the defendant,

JAMES POWELL,

knowingly transmitted in interstate commerce a communication, and the communication contained a threat to injure the person of another, namely, United States Congressman Rick Crawford, with the knowledge that the communication would be viewed as a threat.

In violation of Title 18, United States Code, Section 875(c).

[End of Text.   Signature page attached.]