# Government's Exhibit 1

# Under Seal