### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                    **CASE NO.  4:19-CR-00613-01-LPR**

**JAMES POWELL**                                                             **DEFENDANT**

### ORDER

Pending before the Court is the Defendant's Motion for Immediate Release from Custody.  The Government has no objection to the motion.

IT IS THEREFORE ORDERED that the Defendant's Motion for Immediate Release (Doc. No. 45) be, and it is hereby, **granted**, and defendant released from custody of the United States Marshal.  Defendant is to be released immediately from the U.S. Marshal Service custody. Defendant is to remain on all previous pretrial release conditions.

IT IS SO ORDERED this 14th day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE