60958029

**ELECTRONICALLY FILED**
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2019-Oct-03  09:49:26
23CR-19-1245
C20D03 : 1 Page

## IN THE FAULKNER COUNTY CIRCUIT COURT, ARKANSAS
### 20TH CIRCUIT DIVISION 3

**BENCH WARRANT**

**FELONY (MPD)**

**Total Bond to Collect:**

Case Number: 23CR-19-1245

Warrant No.: 23CI-19-2047

Date Printed: September 30, 2019

The State of Arkansas, To Any Law Enforcement Officer in the State:
IT APPEARING that there are reasonable grounds for believing that **JAMES ANDREW POWELL** has committed the following offenses:

**Counts   Violations**
1   5-13-301(a) TERRORISTIC THREATENING - 1ST DEGREE
A(AN) CLASS D FELONY
VIOLATION DATE:  27-SEP-19 - -

in the County of FAULKNER, you are hereby commanded to arrest and bring the above named person before the FAULKNER COUNTY CIRCUIT COURT.

Given under my hand and seal of said court this September 30, 2019.

CRYSTAL TAYLOR, CIRCUIT CLERK

BY: *h. O'neal*



---

**Defendant's Last Known Address:**
JAMES ANDREW POWELL
[REDACTED]

Sex: [REDACTED]
Height: [REDACTED]
Weight: [REDACTED]
Eye color: [REDACTED]
D.L. State: [REDACTED]
Date of Birth: [REDACTED]
SID Number: [REDACTED]
System ID: [REDACTED]
Social Security: [REDACTED]

Race: [REDACTED]

Hair color: [REDACTED]
D.L. Number: [REDACTED]

---

## WARRANT RETURN

**BOND POSTED:** $_____    ☐ CASH    ☐ RECOGNIZANCE    ☐ PROF    ☐ 10%

I certify that I have served the within warrant of arrest on the **30th** day of **Sept**, 20**19**,
at **Unit 2**
by: ☒ taking into my custody the within named **JAMES ANDREW POWELL**.
☐ delivering a copy of this warrant of arrest to the within named **JAMES ANDREW POWELL** personally and releasing the accused upon promise to appear in the FAULKNER COUNTY CIRCUIT COURT on the court date stated herein.
☐ Warrant returned unexecuted
☐ Warrant recalled

Wilmo FCSO
**Arresting Officer and Agency**
SID Number: _____
Arrest Tracking Number: AK00411-7404

X _James OR_
**DEFENDANT SIGNATURE**