IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00613-LPR |
| | ) | |
| JAMES POWELL | ) | |

MOTION TO DISMISS INDICTMENT

Comes now the United States of America, by and through its counsel, Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Stacy R. Williams, Assistant United States Attorney, and moves the Court to dismiss the Indictment in this case.

JONATHAN D. ROSS
United States Attorney

STACY R. WILLIAMS
Arkansas Bar No. 2011081
Assistant United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Stacy.Williams@usdoj.gov