IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                          CASE NO. 4:19-CR-00613-01 LPR

JAMES POWELL                                                          DEFENDANT

## ORDER

Pending before the Court is the Government's Motion to Dismiss Indictment (Doc. 62) against defendant, James Powell. The motion is granted. The indictment is thus **dismissed**.

IT IS SO ORDERED this 19th day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE